```
                              FILED
                         06 SEP 12 PM 1:58
                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY:      PDC        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALFREDO GUZMAN-SALAZAR, ) <br> ) <br> Defendant. ) | CASE NO. 04CR2407-DMS <br><br> **ORDER FOR PAYMENT OF DUPLICATION COSTS** |

**This matter came before the Court on the application of attorney Karen M. Stevens,** for an Order, permitting Copy Connection to submit its own CJA vouchers for payment of the cost of discovery that is duplicated and provided to appointed defense counsel in this matter. That request is granted. Copy Connection is to provide duplicated discovery to appointed defense counsel in this matter and may submit a voucher requesting payment for these services pursuant to the terms of the Criminal Justice Act, in an amount not to exceed Two Thousand Dollars ($2000.00).

**IT IS SO ORDERED.**

Dated: 9-12-06

_____
HON. DANA M. SABRAW
DISTRICT COURT JUDGE